IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDAN E. ADAMS, an individual,<br><br>　　Plaintiff and Counter Defendant,<br><br>vs.<br><br>HOWARD C. ROBERTS,<br>an individual,<br><br>　　Defendant and Counter Claimant. | CV 18–148–M–DLC<br><br><br><br>ORDER |

　　Before the Court is Defendant Howard C. Roberts' Motion to Allow Witness Appearance by Zoom. (Doc. 70.) Roberts indicates that the witnesses he plans to call will appear in person, but that he may require impeachment witnesses who can only appear remotely. (*Id.*)

　　IT IS ORDERED that the motion (Doc. 70) is GRANTED. Roberts' impeachment witnesses, if any, may appear via Zoom at the trial commencing on May 3, 2021. Roberts is responsible for ensuring that those witnesses who might appear remotely are prepared to testify to avoid wasting any of the jury's time.

　　The Clerk of Court will notify counsel via e-mail of the meeting ID and password within 24 hours of the trial. Zoom Guidance and Setup are available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 30th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court