IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDAN E. ADAMS, an individual,<br><br>    Plaintiff and Counter Defendant,<br><br>vs.<br><br>HOWARD C. ROBERTS, an individual,<br><br>    Defendant and Counter Claimant. | CV-18-148-M-DLC<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals to the jurors during their deliberations.

DATED this 5th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court