IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDAN E. ADAMS, an individual,<br><br>  Plaintiff and Counter Defendant,<br><br>vs.<br><br>HOWARD C. ROBERTS,<br>an individual,<br><br>  Defendant and Counter Claimant. | CV 18–148–M–DLC<br><br><br>ORDER TO ENTER JUDGMENT |

This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdicts. (Docs. 92, 95.)

IT IS ORDERED that:

(1) The Clerk of Court shall enter judgment against Plaintiff and Counter Defendant Brendan E. Adams and in favor of Defendant and Counter Claimant Howard C. Roberts on Adams' claims of battery, trespass, and intentional infliction of emotional distress.

(2) The Clerk of Court shall enter judgment against Roberts and in favor of Adams on Roberts' counterclaim of assault.

(3) The Clerk of Court shall enter judgment against Adams and in favor of Roberts on Roberts' counterclaim of false imprisonment for compensatory

damages in the amount of $100,000.00 and for punitive damages in the amount of $750,000.00.

(4) The total judgment entered against Adams is $850,000.00.

DATED this 10th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court