UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDAN E. ADAMS,<br><br>    Plaintiff and Counter Defendant,<br><br>    vs.<br><br>HOWARD C. ROBERTS,<br><br>    Defendant and Counter Claimant. | Case No. CV-18-148-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

        **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that

(1) Judgment is entered against Plaintiff and Counter Defendant Brendan E. Adams and in favor of Defendant and Counter Claimant Howard C. Roberts on Adams' claims of battery, trespass, and intentional infliction of emotional distress.
(2) Judgment is entered against Roberts and in favor of Adams on Roberts' counterclaim of assault.
(3) Judgment is entered against Adams and in favor of Roberts on Roberts' counterclaim of false imprisonment for compensatory damages in the amount of $100,000.00 and for punitive damages in the amount of $750,000.00.
(4) The total judgment entered against Adams is $850,000.00.

Dated this 10th day of May, 2021.

        TYLER P. GILMAN, CLERK

        By: /s/ A.S. Goodwin
        A.S. Goodwin, Deputy Clerk

