# Exhibit A

Ex. A - 1

Stephen D. Bell
DORSEY & WHITNEY LLP
Millennium Building
125 Bank Street, Suite 600
Missoula, MT  59802-4407
Telephone:  (406) 721-6025
bell.steve@dorsey.com

Tyson A. McLean
KRIS A. MCLEAN LAW FIRM, PLLC
2315 McDonald Ave., Suite 106
Missoula, Montana 59801
Phone: (406) 396-9367
tyson@krismcleanlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDAN E. ADAMS, an individual, | CV 18–148–M–DLC |
| Plaintiff and Counter Defendant, | |
| -vs- | DECLARATION OF BRENDAN E. ADAMS |
| HOWARD C. ROBERTS, an individual | |
| Defendant and Counter Claimant. | |

I, Brendan E. Adams, hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct:

1

1. I am the Plaintiff and Counter Defendant in the above-captioned matter.

2. I am competent to handle my financial affairs and have personal first-hand knowledge of the nature, scope, and value of my assets and liabilities.

3. Based on my knowledge of my financial condition, I prepared the Personal Financial Statement attached as Exhibit 1. That Personal Financial Statement provides an up-to-date and accurate summary of my total assets, total liabilities, and net worth.

4. Prior to 2010 I worked as an insurance broker and owned a 50% interest in an insurance and financial services company called Central Financial Services. In 2010 I sold my interest in that company as part of a forced disability retirement. I am not "retired" in the traditional sense of the word, but due to a medical condition I no longer work in the insurance and financial services field. My remaining proceeds from the sale of my interest in Central Financial Services make up nearly all of the $382,419 of listed stocks, bonds, & mutual funds shown on line 4 of Exhibit 1.

5. I do not own a ranch, nor have I recently purchased a ranch. The property on which my son, Johnathan Adams, works is a 38.5 acre parcel of property that is owned by Turtle Point Properties, LLC ("TPP"). I own a 25% interest in TPP.

6. Earlier in 2021, TPP purchased the 38.5 acre property for approximately $400,000. The property is currently encumbered by a note for all or nearly all of its purchase price.

7. The 38.5 acre parcel is not currently, and has not recently been operated as a ranch. Ideally, someday, the property could become economically productive but it is not now (nor has it been recently) operated as a going business concern.

8. The $91,250 figure on line 13 of Exhibit 1 represents my share of TPP's cash on hand and the value of personal property held by the LLC, such as vehicles and equipment.

9. The homestead on which I currently live with my wife and family is a single taxable lot at Lake Mary Ronan with the address 52441 Lake Mary Ronan Rd. That property is the only property in which I have an interest at Lake Mary Ronan. Although some records display the 52441 property as comprised of two parcels, for all relevant purposes the property is treated as a singular piece of real property. The 52441 property is taxed as a singular lot; it only has one tax identification number; there is only one county assessment value (not two); and many relevant county records regard and display the 52441 property as a singular lot, and not as two separate parcels of property. I own the 52441 property with my wife. The value of my interest in the property is approximately $300,000.

10. As shown on Exhibit 1, my net worth as of the date of this declaration is approximately $412,665.

DATED this 4th day of June, 2021.

Brendan E. Adams

# Exhibit 1

**PERSONAL FINANCIAL STATEMENT**

**NAME**:  **Brendan E Adams**          **PFS AS OF:** **June 1, 2021**

| # | Item | Amount |
|---|------|-------:|
| 1. | Cash on Hand | $ 500 |
| 2. | Cash in Bank | 20,000 |
| 3. | Notes & Contracts Receivable | -0- |
| 4. | Stocks, Bonds & Mutual Funds - Listed | 382,419 |
| 5. | Stocks & Bonds - Unlisted | -0- |
| 6. | Real Estate & Buildings | 300,000 |
| 7. | Machinery & Equipment | -0- |
| 8. | Furniture, Fixtures & Personal Property | 10,000 |
| 9. | Auto & Trucks | 20,000 |
| 10. | Cash Value of Life Insurance | 19,999 |
| 11. | IRA Funds | 426,845 |
| 12. | Qualified Retirement Plans | -0- |

**OTHER ASSETS (Describe)**

| # | Item | Amount |
|---|------|-------:|
| 13. | Turtle Point Properties, LLC | 91,250 |
| 14. | Boats and ATV's | 15,900 |
| 15. | _____ | |

| | |
|---|---:|
| **TOTAL ASSETS** | 1,286,913 |
| **TOTAL LIABILTIES** | 874,248 |
| **NET WORTH** | $ 412,665 |

Page 1

Ex. 1 - 1
Ex. A - 6

**TOTAL LIABILITIES**

| | |
|---|---|
| 16.  Credit Cards & Installation Purchases | $  20,000 |
| 17.  Notes & Contracts Payable | 4,248 |
| 18.  Mortgages & Contracts on Real Estate | -0- |
| 19.  Auto & Truck Loans | -0- |

**OTHER LIABILITIES (Describe)**

| | |
|---|---|
| 20.  Judgment_____ | 850,000 |
| 21.  _____ | |

**TOTAL LIABILITIES**  874,248

**NET WORTH**  $  412,665

Ex. 1 - 2

Ex. A - 7